IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **MARC WATERMAN,**<br>　　　　　**Plaintiff,**<br><br>　　　　　v.<br><br>**SPX FLOW, INC., ROBERT HULL, MAJDI ABULABAN, ANNE ALTMAN, PATRICK CAMPBELL, MARC MICHAEL, JONATHAN PRATT, SUZANNE ROWLAND, DAVID SINGER, AND SONYA ROBERTS,**<br>　　　　　**Defendants.** | **CIVIL ACTION**<br><br><br><br>**NO.  22-561** |

**O R D E R**

**AND NOW**, this 21st day of June, 2022, it is **ORDERED** that the above captioned case is **DISMISSED WITHOUT PREJUDICE** for failure to make service in accordance with Rule 4(m) of the Federal Rules of Civil Procedure.

　　　　　　　　　　　　　　　　　　　　　　**BY THE COURT:**

　　　　　　　　　　　　　　　　　　　　　　/s/Wendy Beetlestone, J.

　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　**WENDY BEETLESTONE, J.**